IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

J.L. ROTHROCK, INC.,         )
                             )
          Plaintiff,         )
                             )
     v.                      )         1:08CV668
                             )
SPRINGS GLOBAL US, INC. f/k/a )
SPRINGS INDUSTRIES, INC.,    )
                             )
          Defendant.         )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on March 13, 2009, was served on the parties in this action. Defendant objected to the Recommendation within the time permitted by 28 U.S.C. § 636 (Docs. 16, 17), and Plaintiff responded (Doc. 18).

The court has made a *de novo* determination of those portions of the report to which Defendant objects and finds that the objections do not change the substance of the United States Magistrate Judge's rulings, which are affirmed. The Magistrate Judge's Recommendation is hereby adopted.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss pursuant to Rule 12(b)(6), Fed. R. Civ. P. (Doc. 6), be DENIED.

                              /s/ Thomas D. Schroeder
                              United States District Judge

September 30, 2009